NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KNAUF INSULATION, INC., KNAUF INSULATION SPRL,**
*Appellants*

v.

**JOHNS MANVILLE CORPORATION, JOHNS MANVILLE, INC.**
*Appellees*

_____

2017-1433

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01402.

_____

**ON MOTION**

_____

**O R D E R**

Appellees move for a 30-day extension of time, until July 5, 2017, to file their response brief. Appellees state that Appellants oppose the request.

Upon consideration thereof,

2    KNAUF INSULATION, INC. v. JOHNS MANVILLE CORPORATION

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32